**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVANCED METALFORMING ) <br> TECHNOLOGIES, JOSEPH L. CHAVEZ, ) <br> VICKIE A. CHAVEZ, COUNTY OF ) <br> FRESNO, CTC REAL ESTATE ) <br> SERVICES, SHASTA COUNTY DICTRICT ) <br> ATTORNEY, AND SYNERGIES AMERICA ) <br> INC. ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:09-cv-01286 OWW DLB <br><br> THE COURT'S ACKNOWLEDGMENT OF NOTICE OF BANKRUPTCY FILED AS TO DEFENDANTS JOSEPH L. CHAVEZ AND VICKIE A. CHAVEZ <br><br> Initial Scheduling Conference Date: 11/19/09 8:15 Ctrm. 3 is VACATED |

The Court having received notice of bankruptcy as to Defendants Joseph L. Chavez and Vickie A. Chavez.  Plaintiff shall obtain an order for relief from stay of bankruptcy as to said Defendants, or give notice of its intent to proceed with the balance of this action as to all other Defendants except as to the bankrupt parties.

SO ORDERED:

Dated: November 9, 2009                    /s/ OLIVER W. WANGER
                                           United States District Judge

1