```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )    1:09-cv-1286 OWW DLB
                                 )
              Plaintiff,         )    ORDER STAYING CASE
                                 )
     v.                          )
                                 )
JOSEPH L. CHAVEZ; VICKIE A.      )
CHAVEZ; CTC REAL ESTATE          )
SERVICES; SYNERGIES AMERICA,     )
INC.; ADVANCED METALFORMING      )
TECHNOLOGIES; SHASTA COUNTY      )
DISTRICT ATTORNEY; and COUNTY OF )
FRESNO,                          )
                                 )
              Defendants.        )
                                 )
_____)
```

Pursuant to the United States' Status Report filed in this matter on July 27, 2010, the Court orders this case stayed pending the completion of the Bankruptcy Case, number 09-18750 filed in the United States Bankruptcy Court for the Eastern District of California.  The District Court Clerk is ordered to administratively close this case, number 1:09-cv-1286 OWW DLB. The Court hereby directs the attorney for the Plaintiff in this case, number 1:09-cv-1286 OWW DLB, to file a status report on or

///

///

1

**before April 29, 2011.**

IT IS SO ORDERED.

**Dated:   July 29, 2010**                             **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE