# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:09-cv-1286-LJO-DLB** |
| Plaintiff, | **ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (Doc. 26)** |
| v. | |
| **JOSEPH L. CHAVEZ, et al.,** | |
| Defendants. | |

On February 5, 2016, Plaintiff filed a notice of voluntary dismissal of this matter under Fed. R. Civ. P. 41(a)(1)(A)(i), requesting that this action be dismissed without prejudice. Doc. 26 at 1.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court DISMISSES this entire action without prejudice.

IT IS SO ORDERED.

   Dated:  **February 8, 2016**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE